463 A.2d 59

Commonwealth v. Snyder, Appellant.
Petition for Allowance of Appeal
Denied October 17, 1983.

Submitted April 28, 1983. John H. Corbett, Public Defend-

628

er, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Order affirmed.